

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-13-00121-CV
_____

PHILLIP DWAYNE HISEY and
CHRISTOPHER HEFNER, TRUSTEE, APPELLANTS

V.

LINDSEY PEREZ, APPELLEE

On Appeal from the 99ᵗʰ District Court
Lubbock County, Texas
Trial Court No. 2013-506,059, Honorable William C. Sowder, Presiding

June 6, 2013

## ORDER DENYING MOTION TO SUBSTITUTE COUNSEL
## AND
## GRANTING MOTION TO EXTEND TIME TO FILE BRIEF

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Pending before the Court is *Appellant's Motion to Substitute Counsel* wherein Appellants' counsel, Tom H. Whiteside, requests that this Court "substitute KEITH THOMPSON as counsel for HISEY" pursuant to Rule 6.5 of the Texas Rules of Appellate Procedure. While said motion represents that Appellant, Phillip Dwayne

Hisey, has retained Keith Thompson as new counsel, Mr. Thompson has made no appearance before this Court.  Accordingly, this Court cannot "substitute" Mr. Thompson as lead counsel for Mr. Hisey.  Furthermore, because Mr. Whiteside's motion does not comply the requirements of Rule 6.5 with sufficient specificity to qualify as a motion to withdraw, pending further notice, the Court considers Mr. Whiteside to be acting as lead counsel for both Appellants.

Also pending before this Court is *Appellant's Motion to Extend Time to File Brief*, requesting that this Court extend the deadline for filing Appellants' brief until July 3, 2013.  Said motion is granted.

Per Curiam